[No. 62738-4-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. B.D.R., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-8-00176-6, Steven J. Mura, J., entered November 26, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Lau and Leach, JJ.

[No. 62777-5-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VINH HOANG PHAM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-02702-0, Dean Scott Lum, J., entered November 24, 2008. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62866-6-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE EARL VERKLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-08243-0, Paris K. Kallas, J., entered December 16, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 62887-9-I.   Division One.   December 21, 2009.]

*In the Matter of the Personal Restraint of* NATHANIEL CRAVEN, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.